PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Imtiaz Shareef          Cr.: 23-00381-001
                                                                                                                                 PACTS #: 3432742

Name of Judicial Officer:   THE HONORABLE ROBERT J. CONRAD, JR.
                                        SENIOR UNITED STATES DISTRICT JUDGE, WD/NC
                                        (Jurisdiction transferred to the Hon. Robert. B. Kugler on May18, 2023.)

Date of Original Sentence: 08/16/2019

Original Offense:    Count 1: Conspiracy to Commit Wire Fraud and Bank Fraud 18 U.S.C. § 1349,
                            18 U.S.C. § 1343 and 18 U.S.C. § 1344
                            Count 2: Conspiracy to Commit Money Laundering 18 U.S.C. § 1956(h), 18
                            U.S.C. § 1956(a)(1)(B)(i)

Original Sentence: 57 months imprisonment (on each count to be served concurrently), 2 years supervised release (on each count to be served concurrently)

Special Conditions: Restitution - $795,435.33, Alcohol Restrictions, Substance Abuse Testing/Treatment, Search/Seizure, Financial Disclosure, No New Debt/Credit, Support Dependents, Cognitive Behavioral Treatment, Other Treatment/Training/Education, Forfeiture.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 11/07/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Saudi Arabia for religious purposes between the dates of February 20, 2024 and February 29, 2024. He will be traveling alone.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. Mr. Shareef reports as instructed, submits monthly supervision reports, and urinalysis submitted have yielded negative results. Mr. Shareef has maintained a stable residence and is employed with Luxury Cab in Cherry Hill, New Jersey. Mr. Shareef is current with all court-ordered payments. As such, he is in full compliance with the conditions of supervised release.

                                                          Respectfully submitted,

                                                          SUSAN M. SMALLEY, Chief
                                                          U.S. Probation Officer

                                                      By:   PATRICK HATTERSLEY
                                                                 Supervising U.S. Probation Officer

Prob 12A – page 2
Imtiaz Shareef

/ JCB

PREPARED BY:

_____  1/2/24
/ CHLOE BOHNE                    Date
U. S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

January 2, 2024
_____
Date